O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA A. ANGULO and ROBERT JONES,<br><br>　　　　　Plaintiffs,<br>　　v.<br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and DOES 1–20,<br><br>　　　　　Defendants. | Case No. 2:13-cv-03679-ODW(JCx)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT [8]** |

The Court has received Plaintiffs' First Amended Complaint, which the Court permitted under Rule 15(a)(2) following the parties' stipulation. (ECF Nos. 10, 11.) In light of Plaintiffs' amended pleadings, the Court **DENIES** Defendants' pending motion to dismiss (ECF No. 8) as moot.

**IT IS SO ORDERED.**

June 5, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**