**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA A. ANGULO, an individual; ROBERT JONES, an individual,, <br><br> Plaintiffs, <br> v. <br> COUNTY OF LOS ANGELES, an entity of the State of California, (for itself and for LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a department of the County of Los Angeles); and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 2: 13-cv-03679-ODW(JCx) <br><br> **JUDGMENT FOR DEFENDANT CITY OF LOS ANGELES** |

In light of the Court's January 27, 2014 Order Granting DEFENDANT COUNTY OF LOS ANGELES'S Motion for Summary Judgment (ECF No. 47), the Court **ORDERS** that judgment be entered as follows:

1. Judgment for DEFENDANT COUNTY OF LOS ANGELES and against PLAINTIFFS NORMA A. ANGULO and ROBERT JONES;

2. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

January 29, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**